UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Anthony Watkins, individually, and on behalf of all others similarly situated, | No. 1:17-cv-00938-DAP |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | |
| True Quality Roofing and Construction, LLC; Terry Jenkins and Jason Link | <u>**NOTICE OF DISMISSAL**</u> |
| Defendants. | |

Now comes Plaintiff, Anthony Collett, by and through Counsel, and hereby

dismisses his complaint against all named defendants without prejudice pursuant to

Federal Rule of Civil Procedure 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED this 3rd day of August, 2017.

By:     /s/ *James L. Simon*

**Approved.
It is SO ORDERED.
s/Dan Aaron Polster
United States District Judge
8/3/2017**

James L. SIMON (OH# 0089483)
6000 Freedom Square Drive
Freedom Square II – Suite 165
Independence, Ohio 44131
Telephone: (216) 525-8890
Facsimile: (216) 642-5814
Email: jameslsimonlaw@yahoo.com

By:     /s/ *Clifford P. Bendau, II*

Clifford P. Bendau, II (OH# 0089601)
Christopher J. Bendau
THE BENDAU LAW FIRM PLLC
P.O. Box 97066
Phoenix, Arizona 85060
Telephone AZ: (480) 382-5176
Telephone OH: (216) 395-4226
Facsimile: (602) 956-1409
Email: cliffordbendau@bendaulaw.com